STATE OF MICHIGAN
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELO PARKER,

              Plaintiff,

Case No.
Hon.

v.

BARRINGTON ROMULUS
APARTMENTS, LLC,

              Defendant.
_____/

| KRALL LAW OFFICES, PLLC | LAW OFFICES OF CATHERINE A. GOFRANK |
|---|---|
| Thomas G. Krall (P75303) | Timothy J. Clifford (P45139) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 26640 Harper Avenue | Mailing:   PO Box 64093 |
| St. Clair Shores, Michigan 48081-1960 |               St. Paul, Minnesota 55164 |
| (888) 465-7255; Fax (586) 299-1309 | 1441 W. Long Lake Road, Suite 305 |
| tom@gokralllaw.com | Troy, Michigan 48098 |
|  | (248) 312-7939; Fax (855) 832-2458 |
|  | tcliffor@travelers.com |

_____/

## NOTICE OF REMOVAL

Defendant Barrington Romulus Apartments, LLC, through its attorneys, Law Offices of Catherine A. Gofrank, hereby removes this action from the Wayne County Circuit Court to the United States District Court for the Eastern District of Michigan, Southern Division, and further states:

1. On March 23, 2022, Plaintiff Angelo Parker filed this action in Wayne County Circuit Court, Case No. 22-003454-NO, seeking to recover for injuries allegedly sustained in his apartment in Romulus, Michigan.

2. Plaintiff served a Summons and copy of the Complaint on Defendant on May 31, 2022. Copies of the process, pleadings, and orders served on Defendant are attached to this Notice.

3. According to the Complaint, Plaintiff resides in Detroit and is therefore a citizen of the State of Michigan.

4. All of Defendant's members are citizens of the State of Florida.

5. Plaintiff claims that he was electrocuted when his apartment flooded, and he suffered a stroke as a result which caused to incur major medical bills and adversely affected his ability to care for himself. Therefore, it is more likely than not that the amount in controversy exceeds $75,000, exclusive of interest and costs, thereby satisfying the jurisdictional requirement set forth in 28 USC § 1332.

6. This Court has original jurisdiction under 28 USC § 1332(a)(1) because this is an action between citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. A copy of this Notice of Removal has been filed with the Wayne County Circuit Court, as required by 28 USC § 1446(d).

8. By reason of the foregoing, Defendant is entitled to remove the action to this Court pursuant to 28 USC § 1441.

LAW OFFICES OF CATHERINE A. GOFRANK

Date: June 15, 2022

   /s/ *Timothy J. Clifford*
Timothy J. Clifford (P45139)
Attorneys for Defendant
Mailing: P.O. Box 64093
         St. Paul, Minnesota 55164
1441 W. Long Lake Road, Suite 305
Troy, Michigan 48098
(248) 312-7939; Fax: (855) 832-2458
tcliffor@travelers.com

**PROOF OF SERVICE**

I hereby certify that on **June 15, 2022**, I served the documents listed below upon Thomas G. Krall via the Wayne County Circuit Court e-filing system.

*Notice of Removal*

*Notice of Filing Notice of Removal*

/s/ Timothy J. Clifford (P45139)
Law Offices of Catherine A. Gofrank
1441 W. Long Lake Rd., Suite 305
Troy, MI 48098
(248) 312-7939
tcliffor@travelers.com

Approved, SCAO

Original - Court
1st Copy- Defendant

2nd Copy - Plaintiff
3rd Copy -Return

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS | CASE NO.<br>22-003454-NO<br>Hon. Qiana Denise Lillard |
|---|---|---|

Court address : 2 Woodward Ave., Detroit MI 48226                                    Court telephone no.: 313-224-2240

| Plaintiff's name(s), address(es), and telephone no(s)<br>PARKER, ANGELO | v | Defendant's name(s), address(es), and telephone no(s).<br>BARRINGTON ROMULUS APARTMENTS, LLC |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no<br><br>Thomas G. Krall 75303<br>26640 Harper Ave<br>Saint Clair Shores, MI 48081-1960 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court,

where it was given case number _____ and assigned to Judge _____.

The action ☐ remains   ☐ is no longer pending.

Summons section completed by court clerk.        **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>3/23/2022 | Expiration date*<br>6/22/2022 | Court clerk<br>Carlita McMiller |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (9/19)        SUMMONS        MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



## STATE OF MICHIGAN
## IN THE 3rd CIRCUIT COURT FOR THE COUNTY OF WAYNE

ANGELO PARKER,
an Individual,

           Plaintiff,

v.

BARRINGTON ROMULUS APARTMENTS, LLC,
           Defendant.

Case No.: 22-      -NO
HON.
Circuit Court Judge

THOMAS G. KRALL (P75303)
Attorney for Plaintiff
26640 Harper Ave.
St. Clair Shores, MI 48080
General Line: 586-299-1300
tom@gokralllaw.com

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any civil action, not between these parties arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this Court.

/s/ Thomas G. Krall
Thomas G. Krall (P 75303)
Attorney for the Plaintiff

## COMPLAINT

Plaintiff, by and through counsel THOMAS G. KRALL, for this complaint against Defendants, states as follows:

### PARTIES AND JURISDICTION

1. Plaintiff is a resident of the City of Detroit, County of Wayne, and State of Michigan.

2. Defendants BARRINGTON ROMULUS APARTMENTS, LLC does business in the City of Romulus, County of Wayne, State of Michigan.

3.    The amount in controversy exceeds the sum of Twenty-Five Thousand Dollars ($25,000.00).

4.    The events giving rise to this cause of action occurred within Wayne County, Michigan.

5.    On or about August 19, 2021, Plaintiff was a tenant and an invitee lawfully on the premises located at 53550 Margaret, Bldg. 10, Apt. 103, Romulus, MI.

6.    On or about the same date and location, Defendants were the owners, landlords, managers, or otherwise in control of the above premises.

7.    Plaintiff was not guilty of negligence or comparative negligence in the instant occurrence.

8.    At the above place, Plaintiff was electrocuted when his apartment flooded. As a result of this electrocution, Plaintiff was seriously injured, requiring medical treatment.

## COUNT I – NEGLIGENCE

9.    Plaintiff re-incorporates paragraphs 1-8 as if fully set forth below.

10.    It was the duty of the Defendant to provide a safe place for tenants and/or invitees such as Plaintiff and others similarly situated, and to exercise due care in the operation and maintenance of said premises so as to prevent injury to its invitees.

11.    Defendant had a duty toward Plaintiff and other invitees of said premises, as tenants and/or invitees, to inspect for dangerous conditions and to warn Plaintiff and other invitees of dangerous conditions of which it knew or should have known.

12.    Defendant knew or should have known the electrical outlets in the apartment were not up to code and were defective. Also, Defendant should have known that the apartment was at risk for flooding and should have taken steps to prevent water from entering Plaintiff's dwelling.

13.    Notwithstanding these duties, Defendants breached them as follows:

    (a)    Negligently maintaining a dangerous and defective condition on a portion of the premises where it knew or should have known tenants and/or invitees would be;
    (b)    Failing to keep the dwelling in a safe condition;
    (c)    Failing to take precautionary measures to correct or alleviate the unsafe condition created by the unstable electrical outlets and windows/doors that allowed water to enter the dwelling;
    (d)    Failing to inspect said premises for dangerous conditions and failing to warn Plaintiff and others similarly situated of the unsafe condition created by the unstable and defective conditions, after such time as Defendants knew or could reasonably have known of the unsafe condition;
    (e)    Failing to provide alternate living arrangements;
    (f)    Violating the Housing Law of Michigan. MCLA 125.401, et seq.;

2

(g) Failing to keep the dwelling and all of its parts in good repair in violation of MCLA 125.471;
(h) Permitting unsafe conditions to exist unabated in violation of MCLA 125.536;
(i) Keeping or maintaining a dwelling or part thereof which is a dangerous building, in violation of MCLA 125.538;
(j) Allowing a part of the building structure to become manifestly unsafe for the purpose for which it is used;
(k) Violating MCLA 554.139:
(l) Failing to keep the premises fit for the use intended, MCLA 554.139(a);
(m) Failing to keep the premises in reasonable repair during the term of the lease, MCLA 554.139(b);
(n) Failing to secure and stabilize the Plaintiff's dwelling to prevent possible injury.
(o) Performing other acts of negligence and/or violating other laws and/or ordinances not yet known by Plaintiff but which will be ascertained during the discovery of said litigation.

14. As a direct and proximate result of the negligent maintenance of the property by Defendants, Plaintiff was electrocuted resulting in the Plaintiff sustaining severe personal injuries.

15. Prior to said accident, Plaintiff was a reasonably strong and healthy person, but because of the negligence of Defendants and the injuries received, Plaintiff became immobilized and sore; Plaintiff has suffered and will continue to suffer pain and mental anguish because of the permanent nature of these injuries. Plaintiff has been forced to expend and may need to continue to expend considerable sums of money in and about the alleviation of Plaintiff's suffering; and Plaintiff finds it impossible to participate in the usual activities of life indulged prior to sustaining these injuries.

WHEREFORE, Plaintiff prays for a Judgment against the Defendants of actual and consequential damages in whatever amount in excess of twenty-five thousand and whatever Plaintiff is deemed to be entitled by this Honorable Court and/or Jury, together with costs, interest, and attorney fees.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for a Judgment against the Defendants of actual and consequential damages in whatever amount in excess of twenty-five thousand and whatever Plaintiff is deemed to be entitled by this Honorable Court and/or Jury, together with costs, interest, and attorney fees.

Date: March 23, 2022                                      Respectfully submitted,

/s/ Thomas G. Krall
Thomas G. Krall (P75303)
Attorney for Plaintiff
26640 Harper Avenue
St. Clair Shores, MI 48081

3

STATE OF MICHIGAN
IN THE 3rd CIRCUIT COURT FOR THE COUNTY OF WAYNE

ANGELO PARKER,
an Individual,

           Plaintiff,

Case No.: 22-    -NO
HON.
Circuit Court Judge

v.

BARRINGTON ROMULUS APARTMENTS, LLC,
           Defendant.

_____/

THOMAS G. KRALL (P75303)
Attorney for Plaintiff
26640 Harper Ave.
St. Clair Shores, MI 48080
General Line: 586-299-1300
tom@gokralllaw.com

_____/

## JURY DEMAND

NOW COMES Plaintiff, ANGELO PARKER, by and through attorneys, KRALL LAW OFFICES, PLLC, and hereby demands a trial by jury to hear all claims.

Date: March 23, 2022

Respectfully submitted,

/s/ Thomas G. Krall
Thomas G. Krall (P75303)
Attorney for Plaintiff
26640 Harper Avenue
St. Clair Shores, MI 48081